# UNITED STATES DISTRICT COURT

for the

Western District of Missouri

United States of America

v.

JORAEL E. MAY

)
)
)
)
)
)
)

Case No:  04-00246-03-CR-W-ODS

USM No:  17821-045

Date of Original Judgment:        12/05/2005
Date of Previous Amended Judgment:    04/15/2009
*(Use Date of Last Amended Judgment if Any)*

STEVE MOSS, AFPD
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ____168____ months **is reduced to** ____140 months.____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ____12/05/2005____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: ____11/10/2011____          _____s/ Nanette K. Laughrey_____
                                                                    *Judge's signature*

Effective Date: _____          ____NANETTE LAUGHREY, United States District Judge____
*(if different from order date)*                              *Printed name and title*